THE MOMMIE T. TWEEDIE v. TEBO YACHT BASIN CO. (Circuit Court of Appeals, Second Circuit. April 14, 1920.) Nos. 176, 177. Appeals from the District Court of the United States for the Eastern District of New York. Suit in admiralty by the Tebo Yacht Basin Company against the schooner Mommie T., M. Stanley Tweedie, claimant, with cross-libel. Decree for libelant, and claimant appeals. Affirmed. For opinion below, see 258 Fed. 500. Kirlin, Woolsey & Hickox, of New York City (Cletus Keating and James H. Herbert, both of New York City, of counsel), for appellant. Crowell & Rouse, of New York City (J. Dexter Crowell, E. Curtis Rouse, and Frederick P. Smith, all of New York City, of counsel), for appellee. Before WARD, HOUGH, and MANTON, Circuit Judges.

PER CURIAM. Decree affirmed.

---

MYERS v. UNITED STATES. (Circuit Court of Appeals, Sixth Circuit. May 4, 1920.) No. 3417. In Error to the District Court of the United States for the Northern District of Ohio. Walter D. Meals of Cleveland, Ohio, for plaintiff in error. Joseph C. Breitenstein, Asst. U. S. Atty., of Cleveland, Ohio.

PER CURIAM. Dismissed on stipulation.

---

OMAHA POTASH & REFINING CO. v. BURNS et al. (Circuit Court of Appeals, Eighth Circuit. May 3, 1920.) No. 5606. Appeal from the District Court of the United States for the District of Nebraska. Frank H. Gaines and Isidor Ziegler, both of Omaha, Neb., for appellant. Matthew A. Hall, of Omaha, Neb., and George L. Nye, of Denver, Colo., for appellees.

PER CURIAM. Cause docketed, and appeal dismissed, at costs of appellant, on motion of appellees, under rule 16 (233 Fed. x; 146 C. C. A. x).

---

RAWLINS v. LIGGETT & MYERS TOBACCO CO., et al. (Circuit Court of Appeals, Sixth Circuit. June 9, 1920.) No. 3330. In Error to the District Court of the United States for the Eastern District of Kentucky. Grischy & Grischy, of Cincinnati, Ohio, and L. M. Smith, of Harrodsburg, Ky., for plaintiff in error. Nathaniel Wright and Sidney G. Stricker, both of Cincinnati, Ohio, and Martin M. Durrett, of Covington, Ky., for defendant in error.

PER CURIAM. Dismissed on motion.

---

RHEW v. UNITED STATES. (Circuit Court of Appeals, Fourth Circuit. May 22, 1920.) No. 1795. In Error to the District Court of the United States for the Western District of South Carolina, at Greenville. W. H. Useary, of Greenville, S. C., for plaintiff in error. J. William Thurmond, U. S. Atty., of Edgefield, S. C., and C. G. Wyche, Asst. U. S. Atty., of Greenville, S. C.

PER CURIAM. Cause dismissed, under rule 20, in accordance with agreement of counsel.